**EXHIBIT A**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALENTINE AKPA, <br><br> Plaintiff, <br><br> -against- <br><br> ST. JOHN'S UNIVERSITY <br><br> Defendant. | 16 CV 5730 (FB) (SMG) <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their undersigned counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, that this action is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees, except as otherwise agreed to by the parties, and that this Stipulation cannot be construed as an admission of fault or liability by any party.

LITTLER MENDELSON, P.C.

By: _____
Barbara A. Gross
Emily C. Haigh
900 Third Avenue, 8th Floor
New York, NY 10022
(212) 583-9600
bgross@littler.com

*Attorneys for Defendant*

Date: 3/28/17

JOSH BERNSTEIN, P.C.

By: _____
Joshua Alexander Bernstein
175 Varick Street
New York, NY 10014
(646) 308-1515
jjbernstein@jbernsteinpc.com

*Attorneys for Plaintiff*

Date: 3/20/2017

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE